Dina L. Anderson
Chapter 7 Trustee
21001 N. Tatum Blvd #1630-608
Phoenix, AZ 85050
Email: General@DLATrustee.com
Telephone: (480) 304-8312

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>ASHLEY M JEFFERSON<br>SHAWN G PARKER<br><br>Debtors. | Case No. 2:21-bk-02609-EPB<br><br>Chapter 7<br><br>**TRUSTEE'S OBJECTION TO PROOF OF CLAIM AND NOTICE THEREON**<br><br>*Claim No.: 4*<br>*Claimant: US Collections West* |

Dina L. Anderson, the duly appointed Chapter 7 trustee herein ("Trustee"), hereby objects to the following claim:

Claim No. 4 Filed on 05/10/2022 for $2,274.93 by or on behalf of: US Collections West
Address: Attn: Bankruptcy, Po Box 39695, Phoenix, AZ 85069

upon the following grounds:

*The claim does not include any supporting documents to substantiate the claim pursuant to Fed. R. Bankr. P. 3001(c).*

Wherefore, the Trustee requests and recommends that said claim be treated as follows:

**Disallowed**

NOTICE IS HEREBY GIVEN that the above claim will be treated as recommended by the Trustee unless on or before twenty-one (21) days from service of this objection a response is filed with the Clerk of the Court at 230 N. First Avenue, Suite 101, Phoenix, AZ 85003-1706 and served on Trustee at 21001 N. Tatum Blvd, #1630-608, Phoenix, Arizona, 85050. If a response to the objection is timely filed and served, the Trustee will request a hearing from the Court. If a response is not timely filed and served, the objection may be sustained by the Court without further notice or hearing.

A true and correct copy of this objection has been served on the date as appears below to the claimant at the address listed above.

Dated: August 18, 2022          /s/ *Dina L. Anderson*
                                Dina L. Anderson
                                Chapter 7 Trustee