**Dina L. Anderson**
**Chapter 7 Trustee**
21001 N. Tatum Blvd #1630-608
Phoenix, AZ 85050
Email: General@DLATrustee.com
Telephone: (480) 304-8312

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) Chapter 7 |
| | ) |
| ASHLEY M JEFFERSON | ) Case No. 2:21-bk-02609-EPB |
| SHAWN G PARKER | ) |
| | ) **CERTIFICATE OF SERVICE AND NO** |
| | ) **OBJECTIONS AND NOTICE OF** |
| | ) **LODGING ORDER** |
| Debtors. | ) |
| | ) *Claim No.: 4* |
| | ) *Claimant: US Collections West* |

I, Dina L. Anderson, Chapter 7 Trustee herein ("Trustee"), certify the following:

1.      On August 18, 2022, Trustee filed an *Objection to Proof of Claim and Notice Thereon* ("Objection").

2.      On August 18, 2022, the Objection was mailed to the claimant in accordance with applicable Bankruptcy Rules informing the claimant that, if no response was served and filed within twenty-one (21) days of service of the Objection, the Objection may be sustained.

3.      A response to the Objection was due by September 8, 2022.

4.      As of today's date, no response to the Objection has been received by Trustee, and Trustee has or will lodge *Trustee's proposed Order Granting Trustee's Objection to Claim No. 4*, a copy of which is attached hereto.

Date: September 13, 2022                    */s/ Dina L. Anderson*
                                                            Dina L. Anderson, Chapter 7 Trustee

1

Copies mailed to the following parties on
September 13, 2022:

CLAIMANT:
US Collections West
Attn: Bankruptcy
Po Box 39695
Phoenix, AZ 85069

DEBTORS:
Ashley M Jefferson
Shawn G Parker
35035 N. North Valley Parkway Apt 161
Phoenix, AZ 85086

REQUEST FOR NOTICE:
American First Finance
c/o Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0702
*Creditor*

And Copies emailed to the following parties on
September 13, 2022:

DEBTORS' ATTORNEY:
Thomas Adams McAvity
Phoenix Fresh Start Bankruptcy Attorneys
tom@phxfreshstart.com

REQUEST FOR NOTICE:
Orion
c/o PRA Receivables Management, LLC
Claims_RMSC@PRAGroup.com
*Creditor*

U.S. TRUSTEE:
OFFICE OF THE UNITED STATES TRUSTEE:
Jennifer A. Giaimo
Jennifer.A.Giaimo@usdoj.gov

*/s/ Lisa Bailey*
Lisa Bailey

2

1

2

3

4

5

6

7

8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

9  | In re: ) CHAPTER 7
)
10 | ASHLEY M JEFFERSON ) CASE NO. 2:21-bk-02609-EPB
SHAWN G PARKER )
11 ) **ORDER ON TRUSTEE'S OBJECTION**
) **TO CLAIM NO. 4**
12 )
) 
13 | Debtors. )
) *Claim No.: 4*
14 ) *Claimant: US Collections West*

15      The Trustee, Dina L. Anderson, having objected to the referenced claim, and after due

16  notice mailed on August 18, 2022, to the claimant, the claimant having failed to respond, and

17  good cause appearing,

18      IT IS HEREBY ORDERED that: Trustee's objection is sustained and the following claim

19  **Disallowed**:

20      No. 4 filed 05/10/2022 by (or on behalf of) US Collections West in the amount of

21  $2,274.93.

22

23

24                          **SIGNED AND DATED ABOVE.**

25